Case 1:19-cr-00341-RA  Document 68  Filed 10/22/19  Page 1 of 1

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Cordell Fitts

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19 Cr. 341 (RA)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.



Signature of Judge

Ronnie Abrams
Name of Judge

U.S.D.J.
Title of Judge

10/22/2019
Date

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/19
```